NUMBER
13-05-584-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

_______________________________________________________

 

TEXAS DEPARTMENT OF TRANSPORTATION,        Appellant,

 

                                           v.

 

THOMAS
ALCANTAR,                                                Appellee.

_______________________________________________________

 

                  On appeal from the 332nd
District Court

                           of Hidalgo
County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, TEXAS
DEPARTMENT OF TRANSPORTATION, perfected an appeal from an order entered by
the 332nd District Court of Hidalgo County,
Texas, in cause number C-033-03-F.  After the record was filed, appellant filed a
motion to dismiss the appeal.  In the
motion, appellant states that the matters in controversy arising from this
cause of action have been settled, and the appeal is moot.  Appellant requests  that this Court dismiss the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and

filed this the 5th day of January, 2006.